# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ROBERT E. GARDNER, | : No. 252 MAL 2015 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| I.C. SYSTEM, INC., | : |
| | : |
| Respondent | : |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 30th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.